## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SEYOUM ALI CLARK,                             *
                                              *
            Plaintiff,                        *
v.                                            *
                                              *   No. 4:15-cv-00010-SWW-JJV
CHIOMA HAWKINS, Supervising Parole            *
Officer (DCC); *et al.*                       *
                                              *
            Defendants.                       *

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering the objections and making a *de novo* review of pertinent portions of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Complaint against Defendants is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2   This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2015.

                                                                /s/Susan Webber Wright
                                                             UNITED STATES DISTRICT JUDGE